E. BRYAN WILSON
Acting United States Attorney

KAYLA DOYLE
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: Kayla.doyle@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>  vs.<br><br>DWAYNE ASWAD AZI SMITH, JR. AND JOVANTE DEVON MCCORD,<br><br>                    Defendant. | )<br>)<br>)<br>)<br>)<br>)  No. 3:21-CR-00035-TMB-MMS<br>)<br>)<br>)<br>)<br>)<br>) |

Pursuant to this Court's order at Docket 62, the United States has consulted with Defendant McCord and Defendant Smith's attorneys. After consultation the parties advise:

1) Readiness for Trial

The parties do not anticipate the case proceeding to trial on August 9, 2021. The parties request an October trial date. Defendant McCord's attorney is in trial before Judge

Gleason and unavailable October 12-15. Neither the Government nor Defendant Smith's attorney have any conflicts for the month of October.

2) Length of Trial

The parties anticipate they would need 3-4 days for trial.

3) Remaining Issues

Defendant Smith is awaiting additional discovery subject to the protective order. The Government anticipates he will receive it within the week.

Both defendants anticipate filing pretrial motions (rule 12) and motions in limine if the case proceeds to trial. The Government anticipates filing 404(b) notice if the case proceeds to trial.

The defense also anticipates retaining its own DNA expert should the case proceed to trial.

4) Speedy Trial Calculation

No time chargeable under the Speedy Trial Act has elapsed.

RESPECTFULLY SUBMITTED July 6, 2021, in Anchorage, Alaska.

E. BRYAN WILSON
Acting United States Attorney

s/ Kayla Doyle
KAYLA DOYLE
Special Assistant U.S. Attorney
United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on July 6, 2021, a true and correct copy of the foregoing was served electronically on the following:
U.S. v. Smith et al.
3:21-CR-00035-TMB-MMS

Cristina Weidner-Tafs
David Hammerstad

<u>s/ Kayla Doyle</u>
Office of the U.S. Attorney

U.S. v. Smith et al.
3:21-CR-00035-TMB-MMS